## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Wilfredo Andujar Jr.                                    CHAPTER 7
       Haley Rose Shermer

              Debtor(s)                    BKY. NO. 23-10882 PMM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
03 Apr 2023, 18:05:11, EDT

       KML Law Group, P.C.
       701 Market Street, Suite 5000
       Philadelphia, PA 19106-1532
       (215) 627-1322