**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Wilfredo Andujar, Jr.** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Haley Rose Shermer** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | 23-10882 |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules 12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Wilfredo Andujar, Jr.**
**Wilfredo Andujar, Jr.**
Signature of Debtor 1

Date **June 12, 2023**

X **/s/ Haley Rose Shermer**
**Haley Rose Shermer**
Signature of Debtor 2

Date **June 12, 2023**

Official Form 106Dec            **Declaration About an Individual Debtor's Schedules**