Certificate Number: 05781-PAE-DE-037506159

Bankruptcy Case Number: 23-10882



05781-PAE-DE-037506159

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 12, 2023, at 5:50 o'clock PM PDT, Wilfredo Andujar Jr completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 12, 2023               By:   /s/Allison M Geving

                                    Name:  Allison M Geving

                                    Title: President