Certificate Number: 05781-PAE-DE-037506160

Bankruptcy Case Number: 23-10882



05781-PAE-DE-037506160

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 12, 2023, at 5:50 o'clock PM PDT, Haley Shermer completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 12, 2023         By:   /s/Allison M Geving

                              Name: Allison M Geving

                              Title: President