IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

WILFREDO ANDUJAR                          Chapter 7
HALEY SHERMER

                                          Case No. 23-10882-PMM

              Debtor(s)

STIPULATION AND CONSENT ORDER EXTENDING THE TIME TO FILE A MOTION
UNDER SECTION 707 AND/OR COMPLAINT UNDER SECTION 727 OR 523

        AND NOW, this _____ day of _____ 20___, upon agreement between the

Chapter 7 Trustee, Christine Shubert, and the Debtor, through Debtor's counsel, MARCIA Y.

PHILLIPS, Esquire:

        IT IS HEREBY AGREED that the time for the U.S. Trustee or Chapter 7 Trustee to file a

Motion to dismiss under section 707(b) and/or any creditor to file a Complaint to Deny

Discharge under section 727 and/or 523, is hereby extended to August 31, 2023.

        IT IS FURTHER AGREED that the time for the Chapter 7 Trustee, The United States

Trustee or any creditor to object to exemptions is hereby extended to August 31, 2023.

/s/ MARCIA Y. PHILLIPS

MARCIA Y. PHILLIPS, Esquire Counsel for the Debtor

/s/ Christine Shubert

Christine Collins Shubert, Chapter 7 Trustee

IT IS HEREBY ORDERED

_____
Honorable PATRICIA M. MAYER
United States Bankruptcy Judge