United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 23-10882-pmm
Wilfredo Andujar, Jr.                                                               Chapter 7
Haley Rose Shermer
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                      User: admin                                Page 1 of 3
Date Rcvd: Jun 16, 2023                   Form ID: pdf900                            Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
            regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wilfredo Andujar, Jr., Haley Rose Shermer, 47 Colonial Circle, Aston, PA 19014-1759 |
| 14771320 | + | PENNYMAC LOAN SERVICES, LLC, C/O Michael Farrington, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14768793 | + | Wilfredo Andujar Ramos, 4419 Houston Street, Brookhaven, PA 19015-1758 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 17 2023 00:42:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 17 2023 00:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 17 2023 00:48:53 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14768763 | | Email/Text: bnc@trustamerifirst.com | Jun 17 2023 00:42:00 | Amerifirst Home Improvement Finance, Attn: Bankruptcy, 11171 Mill Valley Rd, Omaha, NE 68154 |
| 14768761 | + | Email/Text: backoffice@affirm.com | Jun 17 2023 00:43:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14768762 | + | Email/Text: ally@ebn.phinsolutions.com | Jun 17 2023 00:42:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 14768766 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 17 2023 00:50:30 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14768765 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 17 2023 00:48:39 | Capital One, Attn: Bankruptcy, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14768767 | + | Email/Text: ngisupport@radiusgs.com | Jun 17 2023 00:42:00 | Central Credit Services, LLC, Attn: Bankruptcy, 9550 Regency Square Blvd, Ste 500 A, Jacksonville, FL 32225-8169 |
| 14768768 | + | Email/Text: bankruptcycollections@citadelbanking.com | Jun 17 2023 00:43:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14768769 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 17 2023 00:42:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182789, Columbus, OH 43218-2789 |
| 14768770 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 17 2023 00:42:00 | Comenity Bk/Ulta, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14768771 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 17 2023 00:42:00 | Comenity Capital, Attn: Bankruptcy, Po Box 18125, Columbus, OH 43218 |
| 14768772 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 17 2023 00:42:00 | Comenity/Big Lots, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14768773 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 17 2023 00:42:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14768775 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 17 2023 00:42:00 | ComenityCapital/Boscov, Attn: Bankruptcy, Po Box 182120, Columbus, OH 43218-2120 |
| 14768774 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 17 2023 00:42:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14768776 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 17 2023 00:48:28 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14768777 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 17 2023 00:50:22 | Cws/cw Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14768778 | + | Email/Text: bankruptcy@firstelectronic.com | Jun 17 2023 00:43:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 14768779 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 17 2023 00:43:00 | Genesis Bankcard Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14768781 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 17 2023 00:43:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14768780 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 17 2023 00:43:00 | Genesis Financial/Jared, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14768782 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jun 17 2023 00:42:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 14768783 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jun 17 2023 00:42:00 | Mercury Card Services, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 14768784 | + | Email/Text: Mercury@ebn.phinsolutions.com | Jun 17 2023 00:42:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 14768785 | + | Email/Text: bnc@nordstrom.com | Jun 17 2023 00:42:41 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14768786 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 17 2023 00:49:36 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 14768764 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 17 2023 00:42:00 | BBVA, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296 |
| 14768787 | + | Email/PDF: ebnotices@pnmac.com | Jun 17 2023 00:49:38 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14768955 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 17 2023 00:50:22 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14768788 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 17 2023 01:02:13 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14768789 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 17 2023 00:48:53 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14768790 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 17 2023 00:48:21 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14768791 | + | Email/Text: bncmail@w-legal.com | Jun 17 2023 00:42:00 | Target Nb, Attn: Bankruptcy, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14768792 | + | Email/Text: electronicbkydocs@nelnet.net | Jun 17 2023 00:42:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 36

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 16, 2023 | Form ID: pdf900 | Total Noticed: 39 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 18, 2023           Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com |
| MARCIA Y. PHILLIPS | on behalf of Joint Debtor Haley Rose Shermer mphillips@recoverylawgroup.com |
| MARCIA Y. PHILLIPS | on behalf of Debtor Wilfredo Andujar Jr. mphillips@recoverylawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
WILFREDO ANDUJAR
HALEY SHERMER

Chapter 7

Case No. 23-10882-PMM

Debtor(s)

STIPULATION AND CONSENT ORDER EXTENDING THE TIME TO FILE A MOTION
UNDER SECTION 707 AND/OR COMPLAINT UNDER SECTION 727 OR 523

AND NOW, this 15th day of June 2023, upon agreement between the Chapter 7 Trustee, Christine Shubert, and the Debtor, through Debtor's counsel, MARCIA Y. PHILLIPS, Esquire:

IT IS HEREBY AGREED that the time for the U.S. Trustee or Chapter 7 Trustee to file a Motion to dismiss under section 707(b) and/or any creditor to file a Complaint to Deny Discharge under section 727 and/or 523, is hereby extended to August 31, 2023.

IT IS FURTHER AGREED that the time for the Chapter 7 Trustee, The United States Trustee or any creditor to object to exemptions is hereby extended to August 31, 2023.

/s/ MARCIA Y. PHILLIPS

MARCIA Y. PHILLIPS, Esquire Counsel for the Debtor

/s/ Christine Shubert

Christine Collins Shubert, Chapter 7 Trustee

IT IS HEREBY ORDERED

*Patricia M. Mayer*

Honorable PATRICIA M. MAYER
United States Bankruptcy Judge