## UNITED BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Wilfredo Andujar & Haley Rose Shermer | : | Chapter 7 |
| | | : | |
| | | : | Bankruptcy No.  23-10882 pmm |
| | | : | |
| | Debtors. | : | |
| | | : | |

### *PRACIPIE AND/OR NOTICE OF CONVERSION OF BANKRUPTCY CASE FROM CHAPTER 7 TO CHAPTER 13*

    Pursuant to 11 U.S.C. § 706, the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 7 to a case under Chapter 13 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.  Debtors house evaluation disqualifies them for a complete Chapter 7 Discharge.  Accordingly Debtor's seek to pay the amount that is non-exempt via Chapter 13 Plan.

1. On March 28, 2023, the above-named Debtor(s) filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code.

2. This case has not been previously converted under 11 U.S.C. § 1112, § 1208, or § 1307.

    **WHEREFORE,** Debtor(s) prays for an Order converting this case under Chapter 7 to Chapter 13 of the Bankruptcy Code.

Date 7-14-2023

| | /s/ Wilfredo Andujar | /s/ Haley Rose Shermer |
|---|---|---|
| Signatures: | _____ | _____ |
| | Wilfredo Andujar | Haley Rose Shermer |

Debtors Attorney
Marcia Y Phillips Esquire
430 Exton Square Parkway Suite 1568 Exton, PA 19341
Tel: (856) 282-1100 Fax: (888) 303-2922

Email: mphillips@recoverylawgroup.com