# UNITED BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   Wilfredo Andujar & Haley Rose Shermer | : | Chapter 7 |
| | : | |
| | : | Bankruptcy No.  23-10882 pmm |
| | : | |
| Debtors. | : | |
| | : | |

## ORDER CONVERTING THE WITHIN CHAPTER 7 CASE TO A CHAPTER 13 CASE

**AND NOW,** upon consideration of DEBTOR'S MOTION/NOTICE TO CONVERT CASE from Chapter 7 to Chapter 13 and for good cause shown; It is hereby
**ORDERED & ADJUDGED:**

1. This case **Shall Be and Hereby Is** converted from a Chapter 7 to a Chapter 13 Case.

*IT IS FURTHER ORDERED:*

2. A copy of the within **Order** shall be served upon the trustee and all the creditors involved herein..

Date: _____                       _____
                                            ***Honorable Patricia M. Mayer***
                                            U.S. Bankruptcy Judge
                                            Eastern District of Pennsylvania