# UNITED BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Wilfredo Andujar & Haley Rose          :     Chapter 7
        Shermer                                 :
                                                :     Bankruptcy No.  23-10882 pmm
                                                :
                          Debtors.  :
                                                :


## _ORDER CONVERTING THE WITHIN  CHAPTER 7  CASE TO A CHAPTER 13 CASE_


     **AND NOW,**  upon consideration of DEBTOR'S MOTION/NOTICE TO CONVERT
CASE from Chapter 7 to Chapter 13 and for good cause shown; It is hereby
***ORDERED  & ADJUDGED:***

1. This case ***Shall Be and Hereby Is***  converted from a Chapter 7 to a Chapter 13 Case.

*IT IS FURTHER ORDERED:*

2. A copy of the within ***Order*** shall be served upon the trustee and all the creditors involved
   herein..


Date:  **July 27, 2023**

_____
***Honorable Patricia M. Mayer***
U.S. Bankruptcy Judge
Eastern District of Pennsylvania