United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-10882-pmm
Wilfredo Andujar, Jr.  Chapter 13
Haley Rose Shermer
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Jul 27, 2023     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wilfredo Andujar, Jr., Haley Rose Shermer, 47 Colonial Circle, Aston, PA 19014-1759 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2023     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2023 at the address(es) listed below:

**Name**     **Email Address**

CHRISTINE C. SHUBERT
    christine.shubert@comcast.net  J100@ecfcbis.com

CHRISTINE C. SHUBERT
    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net  J100@ecfcbis.com

MARCIA Y. PHILLIPS
    on behalf of Joint Debtor Haley Rose Shermer mphillips@recoverylawgroup.com

MARCIA Y. PHILLIPS
    on behalf of Debtor Wilfredo Andujar Jr. mphillips@recoverylawgroup.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC mfarrington@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Jul 27, 2023 Form ID: pdf900 Total Noticed: 1
TOTAL: 6

**UNITED BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: Wilfredo Andujar & Haley Rose Shermer | : | Chapter 7 |
| | : | |
| | : | Bankruptcy No. 23-10882 pmm |
| | : | |
| Debtors. | : | |
| | : | |

## ORDER CONVERTING THE WITHIN CHAPTER 7 CASE TO A CHAPTER 13 CASE

     **AND NOW,** upon consideration of DEBTOR'S MOTION/NOTICE TO CONVERT CASE from Chapter 7 to Chapter 13 and for good cause shown; It is hereby
**ORDERED & ADJUDGED:**

1. This case ***Shall Be and Hereby Is*** converted from a Chapter 7 to a Chapter 13 Case.

***IT IS FURTHER ORDERED:***

2. A copy of the within *Order* shall be served upon the trustee and all the creditors involved herein..

Date: **July 27, 2023**

_____
***Honorable Patricia M. Mayer***
U.S. Bankruptcy Judge
Eastern District of Pennsylvania