# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 23-10882-PMM

WILFREDO ANDUJAR, JR.
HALEY ROSE SHERMER
47 COLONIAL CIRCLE

ASTON, PA 19014-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    WILFREDO ANDUJAR, JR.
    HALEY ROSE SHERMER
    47 COLONIAL CIRCLE

    ASTON, PA 19014-

Counsel for debtor(s), by electronic notice only.

    MARCIA Y. PHILLIPS
    430 EXTON SQUARE PARKWAY
    #1568
    EXTON, PA 19341-

                                       /S/ Kenneth E. West

Date: 9/5/2023                        _____

                                       Kenneth E. West, Esquire
                                       Chapter 13 Standing Trustee