# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                               Chapter 13

WILFREDO ANDUJAR, JR.                                   Bankruptcy No. 23-10882-PMM
HALEY ROSE SHERMER
47 COLONIAL CIRCLE

ASTON, PA 19014-

                    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    WILFREDO ANDUJAR, JR.
    HALEY ROSE SHERMER
    47 COLONIAL CIRCLE

    ASTON, PA 19014-

**Counsel for debtor(s), by electronic notice only.**
    MARCIA Y. PHILLIPS
    430 EXTON SQUARE PARKWAY
    #1568
    EXTON, PA 19341-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 10/11/2023                                                                           /s/ Kenneth E. West

                                                             _____
                                                             Kenneth E. West, Esquire
                                                             Chapter 13 Standing Trustee