**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                             : CHAPTER 13
Wilfredo Andujar Jr.

                PMM Debtor (s)  : BANKRUPTCY NO. 23-10882 PMM

**P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 11/5/2024 at 1:00 PM before the Hon. Patricia M. Mayer

                                                Respectfully submitted,

Date: September 11, 2024                    /s/Jack K. Miller, Esquire for
                                                Kenneth E. West
                                                Chapter 13 Standing Trustee
                                                P.O. Box 40837
                                                Philadelphia, PA  19105