*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Wilfredo Andujar, Jr. and Haley Rose Shermer

    Debtor(s)

Case No: 23–10882–pmm

Chapter: 13

___

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Patricia M. Mayer

, United States Bankruptcy Court 11/5/24 at 01:00 PM , in Zoom. For Zoom link, see the current, Hearing Calendar for the Judge on the, Court website

 

For The Court

Timothy B. McGrath
Clerk of Court

72
Form 152