United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Wilfredo Andujar, Jr.  
Haley Rose Shermer  
    Debtors

Case No. 23-10882-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Sep 12, 2024      Form ID: 152      Total Noticed: 52

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wilfredo Andujar, Jr., Haley Rose Shermer, 47 Colonial Circle, Aston, PA 19014-1759 |
| 14819202 | | Citadel Credit Union, Attn: Collections, 520 Eagleview Blvd, PA 19341 |
| 14771320 | + | PENNYMAC LOAN SERVICES, LLC, C/O Michael Farrington, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14768793 | + | Wilfredo Andujar Ramos, 4419 Houston Street, Brookhaven, PA 19015-1758 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 13 2024 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 13 2024 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14768763 | | Email/Text: bnc@trustamerifirst.com | Sep 13 2024 00:17:00 | Amerifirst Home Improvement Finance, Attn: Bankruptcy, 11171 Mill Valley Rd, Omaha, NE 68154 |
| 14768761 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 13 2024 00:37:49 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14819538 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2024 00:20:20 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14817179 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 13 2024 00:20:24 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14768762 | + | Email/Text: ally@ebn.phinsolutions.com | Sep 13 2024 00:17:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 14768766 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 13 2024 00:37:55 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14768765 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 13 2024 00:38:50 | Capital One, Attn: Bankruptcy, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14805822 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 13 2024 00:20:38 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14768767 | + | Email/Text: ngisupport@radiusgs.com | Sep 13 2024 00:17:00 | Central Credit Services, LLC, Attn: Bankruptcy, 9550 Regency Square Blvd, Ste 500 A, Jacksonville, FL 32225-8169 |
| 14768768 | + | Email/Text: bankruptcycollections@citadelbanking.com | Sep 13 2024 00:17:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |

Case 23-10882-pmm    Doc 73    Filed 09/14/24    Entered 09/15/24 00:36:10    Desc Imaged
                              Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 12, 2024 | Form ID: 152 | Total Noticed: 52 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14768769 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 13 2024 00:17:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182789, Columbus, OH 43218-2789 |
| 14768770 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 13 2024 00:17:00 | Comenity Bk/Ulta, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14768771 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 13 2024 00:17:00 | Comenity Capital, Attn: Bankruptcy, Po Box 18125, Columbus, OH 43218 |
| 14768772 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 13 2024 00:17:00 | Comenity/Big Lots, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14768773 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 13 2024 00:17:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14768775 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 13 2024 00:17:00 | ComenityCapital/Boscov, Attn: Bankruptcy, Po Box 182120, Columbus, OH 43218-2120 |
| 14768774 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 13 2024 00:17:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14768776 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 13 2024 00:36:55 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14768777 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 13 2024 00:20:44 | Cws/cw Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14768778 | + | Email/Text: bankruptcy@firstelectronic.com | Sep 13 2024 00:17:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 14768779 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 13 2024 00:17:00 | Genesis Bankcard Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14768781 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 13 2024 00:17:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14768780 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 13 2024 00:17:00 | Genesis Financial/Jared, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14768782 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 13 2024 00:17:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 14910221 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 13 2024 00:17:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14817565 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2024 00:20:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14817178 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 13 2024 00:19:50 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14768783 | + | Email/Text: Mercury@ebn.phinsolutions.com | Sep 13 2024 00:17:00 | Mercury Card Services, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 14768784 | + | Email/Text: Mercury@ebn.phinsolutions.com | Sep 13 2024 00:17:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 14820728 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 13 2024 00:17:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14768785 | + | Email/Text: bnc@nordstrom.com | Sep 13 2024 00:17:23 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14768786 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 13 2024 00:20:36 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 14768764 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 13 2024 00:17:00 | BBVA, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296 |
| 14819857 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 13 2024 00:17:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14768787 | + | Email/PDF: ebnotices@pnmac.com | Sep 13 2024 00:20:48 | PennyMac Loan Services, LLC, Attn: |

Case 23-10882-pmm   Doc 73   Filed 09/14/24   Entered 09/15/24 00:36:10   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 12, 2024 | Form ID: 152 | Total Noticed: 52 |

| Recip ID | | Bypass/Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Correspondence Unit, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14813549 | + | Email/PDF: ebnotices@pnmac.com | Sep 13 2024 00:20:43 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14805547 | | Email/Text: bnc-quantum@quantum3group.com | Sep 13 2024 00:17:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 14821127 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 13 2024 00:20:23 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14768955 | | ^ MEBN | Sep 13 2024 00:03:46 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14768788 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 13 2024 00:20:36 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14768789 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 13 2024 00:20:52 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14768790 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 13 2024 00:36:50 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14820634 | | Email/Text: bncmail@w-legal.com | Sep 13 2024 00:17:00 | TD BANK USA, N.A., C/O Weinstein & Riley, P.S., 1415 Western Ave. Suite 700, Seattle, WA 98101 |
| 14768791 | + | Email/Text: bncmail@w-legal.com | Sep 13 2024 00:17:00 | Target Nb, Attn: Bankruptcy, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14822486 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 13 2024 00:17:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 S 13TH ST, LINCOLN, NE 68508-1904 |
| 14768792 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 13 2024 00:17:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 48

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 14, 2024          Signature:          /s/Gustava Winters

District/off: 0313-2 User: admin Page 4 of 4
Date Rcvd: Sep 12, 2024 Form ID: 152 Total Noticed: 52

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MARCIA Y. PHILLIPS | on behalf of Joint Debtor Haley Rose Shermer mphillips@recoverylawgroup.com |
| MARCIA Y. PHILLIPS | on behalf of Debtor Wilfredo Andujar  Jr. mphillips@recoverylawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Wilfredo Andujar, Jr. and Haley Rose Shermer

    Debtor(s)

Case No: 23−10882−pmm

Chapter: 13

_____

### NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Patricia M. Mayer

, United States Bankruptcy Court 11/5/24 at 01:00 PM , in Zoom. For Zoom link, see the current, Hearing Calendar for the Judge on the, Court website

 

For The Court

Timothy B. McGrath
Clerk of Court