United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 23-10882-pmm |
|---|---|
| Wilfredo Andujar, Jr. | Chapter 13 |
| Haley Rose Shermer | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Nov 05, 2024 | Form ID: 155 | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wilfredo Andujar, Jr., Haley Rose Shermer, 47 Colonial Circle, Aston, PA 19014-1759 |
| 14819202 | | Citadel Credit Union, Attn: Collections, 520 Eagleview Blvd, PA 19341 |
| 14771320 | + | PENNYMAC LOAN SERVICES, LLC, C/O Michael Farrington, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14768793 | + | Wilfredo Andujar Ramos, 4419 Houston Street, Brookhaven, PA 19015-1758 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14768763 | | Email/Text: bnc@trustamerifirst.com | Nov 06 2024 00:21:00 | Amerifirst Home Improvement Finance, Attn: Bankruptcy, 11171 Mill Valley Rd, Omaha, NE 68154 |
| 14768761 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 06 2024 01:17:46 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 14819538 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2024 00:25:43 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14817179 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 06 2024 00:24:29 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14768762 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 06 2024 00:21:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 14768766 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 06 2024 00:24:21 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14768765 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 06 2024 00:24:56 | Capital One, Attn: Bankruptcy, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14805822 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 06 2024 00:24:28 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14768767 | + | Email/Text: ngisupport@radiusgs.com | Nov 06 2024 00:21:00 | Central Credit Services, LLC, Attn: Bankruptcy, 9550 Regency Square Blvd, Ste 500 A, Jacksonville, FL 32225-8169 |
| 14768768 | + | Email/Text: bankruptcycollections@citadelbanking.com | Nov 06 2024 00:21:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14768769 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 06 2024 00:21:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182789, Columbus, OH 43218-2789 |
| 14768770 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 06 2024 00:21:00 | Comenity Bk/Ulta, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14768771 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 06 2024 00:21:00 | Comenity Capital, Attn: Bankruptcy, Po Box 18125, Columbus, OH 43218 |
| 14768772 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

District/off: 0313-2                                    User: admin                                         Page 2 of 4

Date Rcvd: Nov 05, 2024                              Form ID: 155                                    Total Noticed: 50

| | | | | |
|---|---|---|---|---|
| | | | Nov 06 2024 00:21:00 | Comenity/Big Lots, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14768773 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 06 2024 00:21:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14768775 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 06 2024 00:21:00 | ComenityCapital/Boscov, Attn: Bankruptcy, Po Box 182120, Columbus, OH 43218-2120 |
| 14768774 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 06 2024 00:21:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14768776 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 06 2024 00:24:56 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14768777 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 06 2024 00:24:28 | Cws/cw Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14768778 | + | Email/Text: bankruptcy@firstelectronic.com | Nov 06 2024 00:21:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 14768779 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 06 2024 00:21:00 | Genesis Bankcard Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14768781 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 06 2024 00:21:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14768780 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 06 2024 00:21:00 | Genesis Financial/Jared, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14768782 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 06 2024 00:21:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 14910221 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 06 2024 00:21:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14817565 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 06 2024 00:51:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14817178 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 06 2024 00:25:50 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14768783 | + | Email/Text: Mercury@ebn.phinsolutions.com | Nov 06 2024 00:21:00 | Mercury Card Services, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 14768784 | + | Email/Text: Mercury@ebn.phinsolutions.com | Nov 06 2024 00:21:00 | Mercury/FBT, Attn: Bankruptcy, Po Box 84064, Columbus, GA 31908-4064 |
| 14820728 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 06 2024 00:21:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14768785 | + | Email/Text: bnc@nordstrom.com | Nov 06 2024 00:21:30 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 14768786 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 06 2024 01:28:30 | Ollo Card Services, Attn: Bankruptcy, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 14819857 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 06 2024 00:21:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14768764 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 06 2024 00:21:00 | BBVA, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296 |
| 14768787 | + | Email/PDF: ebnotices@pnmac.com | Nov 06 2024 00:24:57 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, PO Box 514387, Los Angeles, CA 90051-4387 |
| 14813549 | + | Email/PDF: ebnotices@pnmac.com | Nov 06 2024 00:25:46 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14805547 | | Email/Text: bnc-quantum@quantum3group.com | Nov 06 2024 00:21:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 14821127 | + | Email/PDF: ebn_ais@aisinfo.com | | |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 05, 2024 | Form ID: 155 | Total Noticed: 50 |

| | | | Nov 06 2024 00:24:26 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
|---|---|---|---|---|
| 14768955 | ^ | MEBN | | |
| | | | Nov 06 2024 00:00:48 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14768788 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| 14768789 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 06 2024 00:25:43 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| | | | Nov 06 2024 00:51:35 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 14768790 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Nov 06 2024 01:28:41 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14820634 | | Email/Text: bncmail@w-legal.com | | |
| | | | Nov 06 2024 00:21:00 | TD BANK USA, N.A., C/O Weinstein & Riley, P.S., 1415 Western Ave. Suite 700, Seattle, WA 98101 |
| 14768791 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Nov 06 2024 00:21:00 | Target Nb, Attn: Bankruptcy, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14822486 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | | Nov 06 2024 00:21:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 S 13TH ST, LINCOLN, NE 68508-1904 |
| 14768792 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | | |
| | | | Nov 06 2024 00:21:00 | USDOE/GLELSI, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2024                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | |
| | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com |
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | |

District/off: 0313-2                              User: admin                                    Page 4 of 4

Date Rcvd: Nov 05, 2024                       Form ID: 155                                 Total Noticed: 50

                                      on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MARCIA Y. PHILLIPS

                                      on behalf of Joint Debtor Haley Rose Shermer mphillips@recoverylawgroup.com

MARCIA Y. PHILLIPS

                                      on behalf of Debtor Wilfredo Andujar  Jr. mphillips@recoverylawgroup.com

United States Trustee

                                      USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

Case 23-10882-pmm    Doc 77    Filed 11/07/24    Entered 11/08/24 00:36:54    Desc Imaged
Certificate of Notice    Page 4 of 5

Page 4 of 4

on behalf of Joint Debtor Haley Rose Shermer mphillips@recoverylawgroup.com

on behalf of Debtor Wilfredo Andujar  Jr. mphillips@recoverylawgroup.com

USTPRegion03.PH.ECF@usdoj.gov

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Wilfredo Andujar Jr. | ) | Case No. 23−10882−pmm |
| | ) | |
| | ) | |
|    Haley Rose Shermer | ) | Chapter: 13 |
| | ) | |
|    Debtor(s). | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: November 5, 2024

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court